**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Brian Valbert, Appellant.

Appellate Case No. 2020-000353

───────────────

Appeal From Berkeley County
Roger M. Young, Sr., Circuit Court Judge

───────────────

Unpublished Opinion No. 2023-UP-225
Submitted May 1, 2023 – Filed June 7, 2023

───────────────

**APPEAL DISMISSED**

───────────────

Michael Stephen Gambrell, of Michael S Gambrell, LLC, of Greenville, and Brian Valbert, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

───────────────

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and GEATHERS and VERDIN, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.